## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Mag. No. 17-7119 |
| CHRISTINE LOCKETT | : | **CRIMINAL COMPLAINT** |

I, Lukasz Kret, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the United Stated Department of Homeland Security, Homeland Security Investigations, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

Lukasz Kret, Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to before me and subscribed in my presence,

August 4, 2017
Date

Essex County, New Jersey
County and State

Honorable Cathy L. Waldor
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

## **ATTACHMENT A**

### **COUNT ONE**
(Conspiracy to Distribute Cocaine)

On or about August 3, 2017, in Essex County, in the District of New Jersey and elsewhere, the defendant,

CHRISTINE LOCKETT,

did knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

In violation of Title 21, United States Code, Section 846.

## ATTACHMENT B

I, Lukasz Kret, am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about August 3, 2017, at approximately 6:00 p.m., defendant CHRISTINE LOCKETT ("LOCKETT") arrived at Newark Liberty International Airport in Newark, New Jersey on an inbound flight originating from Piarco International Airport in Port of Spain, Trinidad and Tobago (the "Flight"). A suitcase (the "Suitcase") was checked as luggage under defendant LOCKETT's name on board the Flight.

2. During a routine border screening of baggage at Newark Liberty International Airport, law enforcement discovered inside the Suitcase approximately 2.0 kilograms of a substance that field tested positive for the presence of cocaine. The cocaine was sewn into the lining of the sides of the Suitcase.

3. While being questioned by HSI agents, defendant LOCKETT admitted that she had agreed with others to transport the Suitcase from Trinidad to Florida in exchange for approximately $2,000. Defendant LOCKETT also admitted that she believed the Suitcase contained narcotics.