PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Christine Lockett                                                           Cr.: 18-00070-001
                                                                                              PACTS #: 3880943

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
                                       CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/13/2019

Original Offense:    Conspiracy to Distribute Controlled Substance, 21 U.S.C. § 846

Original Sentence: 30 months imprisonment, 4 years supervised release

Special Conditions: Alcohol/Drug Testing and Treatment, Mental Health Treatment, Life Skills/Education, Motor Vehicle Compliance, and Supporting Dependents

Type of Supervision: Supervised Release                    Date Supervision Commenced: 09/21/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The person under supervision has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'**

                    On June 23, 2021, Lockett submitted a drug test that yielded a positive result for marijuana, methamphetamine, and oxycodone. Lockett admitted to taking an oxycodone for a migraine but denied the use of marijuana and methamphetamine. On June 30, 2021, the specimen was confirmed positive for the presence of marijuana and on July 9, 2021, the specimen was confirmed positive for the presence of methamphetamine. The specimen was negative for the presence of cocaine.

Prob 12A – page 2
Christine Lockett

| | |
|---|---|
| 2 | The person under supervision has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'** |
| | Lockett is attending Gateway Behavioral Health Services for outpatient substance abuse treatment. Lockett missed treatment sessions scheduled Eon April 26, April 18, May 6, June 23, and July 13, 2021. |
| 3 | The person under supervision has violated the standard supervision condition which states, **'you must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.'** |
| | Lockett traveled to Jacksonville, Florida on June 16 and June 21, 2021 without the permission of the Court or probation officer. |

U.S. Probation Officer Action:

At this time, we recommend no formal Court action and the violations be held in abeyance. Lockett was verbally reprimanded for her lack of participation in treatment and for leaving the District without first obtaining the permission of the probation officer or the Court. She will be monitored closely and will be drug tested at an increased frequency. The Southern District of Georgia will address the non-compliance if/when transfer of jurisdiction is granted.

> Respectfully submitted,
>
> SUSAN M. SMALLEY, Chief
> U.S. Probation Officer
>
> *Elisa Martinez*
>
> By:   ELISA MARTINEZ
>         Supervising U.S. Probation Officer

/ kam
PREPARED BY:

*Kelly A. Maciel*           07/22/2021
KELLY A. MACIEL            Date
U.S. Probation Technician

Prob 12A – page 3
Christine Lockett

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

7/29/2021
_____
Date